PIERCE T. WETTER, Appellant, *v.* ROBERT MOSES, Individually and as Commissioner of Parks of the City of New York, Respondent.

Argued April 5, 1943; decided April 22, 1943.

*Thomas D. Thacher, Corporation Counsel (Jeremiah M. Evarts* of counsel), for motion.

*William B. Roulstone* opposed.

Motion granted and appeal dismissed, with costs, and ten dollars costs of motion.